UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OWNERS INSURANCE COMPANY,

      Plaintiff,

  v.

RUSSELL OIL COMPANY and
MICHLYNN HUNT,

      Defendants.

Case No. 26-cv-366-JPG

## JUDGMENT

    This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**MONICA A. STUMP, Clerk of Court**

**Dated:  June 15, 2026**

**DEPUTY CLERK**

**Approved:**

**J. PHIL GILBERT**
**DISTRICT JUDGE**